IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Benjamin, Levy

Printed: 12/16/08

Case Number: 08 B 20635
Judge: Goldgar, A. Benjamin
Filed: 8/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 4, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Barnes Used Auto Sales | Secured | 4,000.00 | 0.00 |
| 2. | National City Mortgage Co | Secured | 25,000.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 253.42 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 396.72 | 0.00 |
| 5. | South Division Credit Union | Unsecured | 2,168.66 | 0.00 |
| 6. | South Division Credit Union | Unsecured | 2,168.66 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 626.55 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 9,720.37 | 0.00 |
| 9. | Drive Financial Services | Secured | | No Claim Filed |
| 10. | Woltman, Weinsburg & Reis | Priority | | No Claim Filed |
| 11. | Arnold Scott Harris PC | Priority | | No Claim Filed |
| 12. | Drive Financial Services | Unsecured | | No Claim Filed |
| 13. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 14. | AR Imaging, S.C. | Unsecured | | No Claim Filed |
| 15. | Encore | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Plaza Associates | Unsecured | | No Claim Filed |
| 18. | South Shore Hospital | Unsecured | | No Claim Filed |
| 19. | Sprint | Unsecured | | No Claim Filed |
| | | | $ 44,334.38 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Benjamin, Levy

Printed: 12/16/08

Case Number:  08 B 20635
Judge:  Goldgar, A. Benjamin
Filed:  8/7/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

